# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

July 22, 2026

Before

MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*
CANDACE JACKSON-AKIWUMI, *Circuit Judge*

| | |
|---|---|
| No. 25-1713 | BBLI EDISON, LLC, a Delaware limited liability company,<br>Plaintiff - Appellant<br><br>v.<br><br>CITY OF CHICAGO, Department of Housing,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:24-cv-04925<br>Northern District of Illinois, Eastern Division<br>District Judge Mary M. Rowland | |

The judgment of the District Court is AFFIRMED, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court